```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

        JAN 4 - 2006
            AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

05-CV-00209-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFONSO VASQUEZ-AYALA,  )<br>                           )<br>         Petitioner,      )<br>                           )<br>    v.                     )<br>                           )<br>UNITED STATES OF AMERICA,  )<br>                           )<br>         Respondent.       )<br>_____) | CASE NO.   C05-209-MJP-MJB<br>            (CR03-174P)<br><br><br>ORDER DISMISSING § 2255 MOTION |

The Court, having reviewed petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, the government's response, petitioner's reply, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion (Dkt. #1) is DISMISSED.

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this __3__ day of _January_, 2006.

_/s/ Marsha J. Pechman_
MARSHA J. PECHMAN
United States District Judge

ORDER DISMISSING § 2255 MOTION