\_\_\_FILED   \_\_\_ENTERED
\_\_\_LODGED  \_\_\_RECEIVED

JAN 4 - 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

05-CV-00209-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALFONSO VASQUEZ-AYALA,  )
                        )
        Petitioner,     )   CASE NO.   C05-209-MJP-MJB
                        )              (CR03-174P)
    v.                  )
                        )
UNITED STATES OF AMERICA, )
                        )   ORDER DISMISSING § 2255 MOTION
        Respondent.     )
_____)

The Court, having reviewed petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, the government's response, petitioner's reply, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion (Dkt. #1) is DISMISSED.

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this __3__ day of __January__, 2006.

MARSHA J. PECHMAN
United States District Judge

ORDER DISMISSING § 2255 MOTION