UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALFONSO VASQUEZ-AYALA,

                Petitioner(s),

     v.

UNITED STATES of AMERICA,

             Defendant(s).

NO. C05-209P

MINUTE ORDER

     The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

     On December 7, 2005, Magistrate Judge Benton filed a Report and Recommendation in this case (Dkt. No. 9).  A deadline of December 28, 2005 was set for objections to the R&R.  That deadline passed with no objections having been filed, and on Jan. 4, 2006, this Court entered an order adopting the R&R (Dkt. No. 10) and a judgment dismissing Petitioner's action (Dkt. No. 11).

     On January 5, 2006, Petitioner's Objections to Magistrate's Report and Recommendation were received and filed (Dkt. No. 12) and a noting date of January 20, 2006 assigned.  The Court finds Petitioner's filing timely in view of his custody status and hereby VACATES the prior dismissal.  Petitioner's objections will be considered; any response to those objections must be filed no later than January 19, 2006.

     Filed this 9th day of January, 2005.

                            BRUCE RIFKIN, Clerk

                            By    /s Mary Duett
                                   Deputy Clerk

MINUTE ORDER