UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALFONSO VASQUEZ-AYALA,

        Petitioner(s),

  v.

UNITED STATES OF AMERICA,

        Respondent(s).

NO. C05-209P

ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled Court, having received and reviewed:

1. Report and Recommendation

2. Petitioner's Objections to Magistrate's Report and Recommendation

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and Petitioner's § 2255 motion is hereby DISMISSED.

**Discussion**

Petitioner was a member of a drug debt collection ring and plead guilty in October 2003 to one count of kidnapping and one count of hostage-taking. He was sentenced to 78 months imprisonment (with three years of supervised release) in January 2004. He did not file a direct appeal of his sentence.

Petitioner has filed a § 2255 motion, arguing that the court, in sentencing him, used factors which had neither been found by a jury nor admitted by him, in violation of his Sixth Amendment rights. It is his sole claim, and he makes it in reliance on <u>United States v. Booker</u>, 125 S.Ct. 738 (2005).

**ORD ADOPTING R&R - 1**

1    Petitioner does not contest the government's position that the Ninth Circuit has ruled that
2    Booker is not retroactive. United States v. Cruz, 423 F.3d 1119 (9th Cir. 2005).  What he argues
3    instead is that, because there is a case which has been granted certiorari by the U.S. Supreme Court
4    (State of WA v. Recuenco, No. 05-83) which is "strikingly similar" to Booker, this Court should delay
5    its ruling until the Supreme Court issues its decision in that case.  Petitioner claims, with no citation to
6    authority or other corroboration, that the question of Booker's retroactivity will "undoubtedly be
7    answered" when the Recuenco opinion issues.  Objections at p.2.

8    Even passing over the issue of whether it is proper to ignore binding Ninth Circuit precedent to
9    wait for a Supreme Court ruling at an unspecified date, Petitioner's argument is unavailing.  A review
10   of Recuenco reveals that it is neither based on Booker, nor does it concern issues of retroactivity.  A
11   ruling one way or another in Recuenco will have no effect on Booker nor upon this case.  Petitioner
12   may not rely upon Booker here, and his § 2255 petition must be dismissed.

     The clerk is directed to provide copies of this order to Petitioner and all counsel of record.

     Dated: March __14_, 2006

     *[signature]*

     Marsha J. Pechman
     U.S. District Judge

**ORD ADOPTING R&R - 2**